UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MATHEW YOUNG, | Case No. 2:23-cv-00974-JAD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| VIOLET R. ROSASTA; DARIN F. IMLEY; JUDGE KIERNY, | |
| Defendants. | |

Pending before the Court is Plaintiff Matthew Young's Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 3-1. Plaintiff, who is incarcerated in Indian Springs, Nevada, did not file an *in forma pauperis* application and did not pay the filing fee required to commence a civil action. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file the civil action without prepaying the full $402 filing fee. To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted a **one-time** extension to file a complete application to proceed *in forma pauperis* containing all three of the required documents or, in the alternative, pay the $402 filing fee for this action on or before **August 31, 2023**. Absent unusual circumstances, the Court will not grant any further extensions of time.

IT IS FURTHER ORDERED that if Plaintiff is unable to file a complete application to proceed *in forma pauperis* with all three required documents or pay the $402 filing fee on or before

1

**August 31, 2023**, the Court will recommend dismissal of this case <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is either able to file a fully complete application to proceed *in forma pauperis* or pay the $402 filing fee.  A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with an application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Civil Rights Complaint (ECF No. 3-1), but the Court will not file the Complaint unless and until Plaintiff timely files a complete application to proceed *in forma pauperis* or pays the $402 filing fee.

IT IS FURTHER ORDERED that the Clerk of Court will mail Plaintiff the approved form application to proceed *in forma pauperis for inmate*, as well as the document entitled information and instructions for filing the same.

Dated this 17th day of July, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE