AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Mathew Young

        Plaintiff,

v.

Violet R. Rasosta, Darin F. Imley, and Judge Kierny

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00974-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Defendant's Violet R. Rasosta, Darin F. Imley, and Judge Kierny, and against Plaintiff Mathew Young.

 

11/1/2023  
Date

DEBRA K. KEMPI  
Clerk



/s/ C. Harrington  
Deputy Clerk